IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| JAMES STUART and BETTY STUART, | ) | CV-08-12-BU-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| THE CITY OF DILLON, BEAVERHEAD COUNTY, Officer KEN BREEN, GLORIA ANN GOLIMOWSKI, Officer FRANK KLUESNER, Officer ED JONES, and Does 1 to 60, Inclusive, Political Subdivisions of the STATE OF MONTANA, and Individuals, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

    Magistrate Judge Jeremiah C. Lynch issued his Findings and Recommendations on June 12, 2008, granting Defendant Beaverhead County's Motion to Dismiss [Doc. #5] for failure to state a claim upon which relief can be granted, pursuant to F.R.Civ.P. 12(b)(6). On June 18, 2008, the Plaintiffs filed a Motion to Dismiss Defendant Beaverhead County.

    IT IS HEREBY ORDERED that this Court adopts the Findings and Recommendations of Judge Lynch, and the above-entitled cause is dismissed with prejudice as to Defendant Beaverhead County.

    DATED this 19th Day of June, 2008.

                                    _/s/ Richard F. Cebull_____
                                    RICHARD F. CEBULL
                                    U. S. DISTRICT JUDGE